BEFORE RAYMOND J. DEARIE

UNITED STATES DISTRICT JUDGE          *Jury Trial*

CRIMINAL CAUSE FOR ~~PRETRIAL CONFERENCE~~
DATE: NOVEMBER 29, 2004 @10:00AM

DOCKET NUMBER:   CR 02-589(S-2) (RJD)

U.S.A. -v-   AMR ELGINDY   (PRESENT IN CUSTODY)
            COUNSEL: BARRY BERKE, ERIN WALTER,
                ERIC TIRSCHWELL, JOEL ISAACSON(retained)
            JEFFREY ROYER (PRESENT ON BOND)
            COUNSEL:  LARRY GERZOG & ILYSSA BROWNSTEIN   (CJA)

AUSA:       KEN BREEN, SETH LEVINE & SPECIAL ASSISTANT U.S. ATTORNEY
            VALERIE SZCZEPANIK

COURTREPORTER: MARSHA DIAMOND

X   CASE CALLED FOR JURY TRIAL.
    CONTINUED EXAMINATION OF WITNESS FARMER BY AUSA LEVINE.
    CROSS EXAMINATION OF FARMER BY MR. GERZOG, MR. BERKE.
    REDIRECT OF FARMER BY AUSA LEVINE.
    GOVERNMENT WITNESS KYRA CHEMELLE ARMSTR, SWORN &
    EXAMINED BY AUSA SZCZEPANIK, CROSSED BY MR BERKE,
    MR. GERZOG. REDIRECT BY AUSA SZCZEPANIK, RECROSS BY
    MR. BERKE.
    GOVERNMENT WITNESS LINDSAY MCCARTHY, SWORN & EXAMINED
    BY AUSA SZCZEPANIK, CROSSED BY MR. BERKE, MR. GERZOG.
    GOVERNMENT WITNESS CHRISTY SARKEY SWORN & EXAMINED BY
    AUSA SZCZEPANIK, CROSSED BY MR. GERZOG, MR. BERKE.
    GOVERNMENT WITNESS MICHAEL MITCHELL, SWORN & EXAMINED
    BY AUSA BREEN.
    TRIAL WILL CONTINUE 11/30/04 @9:30AM.