BEFORE RAYMOND J. DEARIE

UNITED STATES DISTRICT JUDGE

*Jury Trial*

CRIMINAL CAUSE FOR ~~PRETRIAL CONFERENCE~~
DATE: NOVEMBER 30, 2004 @10:00AM

DOCKET NUMBER:   CR 02-589(S-2)  (RJD)

U.S.A. -v-   AMR ELGINDY   (PRESENT IN CUSTODY)
COUNSEL: BARRY BERKE, ERIN WALTER,
ERIC TIRSCHWELL, JOEL ISAACSON (retained)
JEFFREY ROYER (PRESENT ON BOND)
COUNSEL:   LARRY GERZOG & ILYSSA BROWNSTEIN   (CJA)

AUSA:   KEN BREEN, SETH LEVINE & SPECIAL ASSISTANT U.S. ATTORNEY
VALERIE SZCZEPANIK

COURTREPORTER: MARSHA DIAMOND

X   CASE CALLED FOR CONTINUATION OF JURY TRIAL.
CONTINUATION OF EXAMINATION OF WITNESS MICHAEL MITCHELL
BY AUSA BREEN.
CROSS EXAMINAITON OF MITCHELL BY MR. GERZOG, MR. BERKE.
GOVERNMENT WITNESS NEIL PALENZUELA, SWORN & EXAMINED
BY AUSA LEVINE. CROSSED BY MR. BERKE, MR. GERZOG.
GOVERNMENT WITNESS MICHAEL HAVERTZ, SWORN & EXAMINED BY
AUSA LEVINE. CROSSED BY MR. GERZOG
GOVERNMENT WITNESS MARCUS KNUTSON SWORN & EXAMINED BY
AUSA BREEN. CROSSED BY MR. GERZOG, MR. BERKE.
TRIAL TO CONTINUE 12/1/04 @9:30AM.