BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR SENTENCE

DATE: OCTOBER 2, 2006 @2:30PM

DOCKET NUMBER:   CR 02-589(S-2)-02   (RJD)

U.S.A.  -v-   **JEFFREY ROYER (ON BOND)**
             COUNSEL:  **LARRY GERZOG   (CJA)**

AUSA:   **JOHN NATHANSON**

COURTREPORTER:      ANTHONY FRISOLONE

X     CASE CALLED FOR SENTENCE.

X     DEFENDANT CONVICTED BY JURY ON 1/24/05 TO COUNTS:
      1, 2, 3, 4, 5, 6, 13, 14, 15 OF A 32 COUNT SUPERSEDING INDICTMENT S-2.

X     THE DEFENDANT IS SENTENCED AS FOLLOWS:
      **DEFENDANT IS HEREBY COMMITTED TO THE CUSTODY OF THE UNITED STATES BUREAU OF PRISONS TO BE IMPRISONED FOR A TOTAL TERM OF: SEVENTY-TWO(72) MONTHS AS FOLLOWS:**
      **COUNTS 1, 3, 4, 5, 6, 14, 15: 72 MONTHS, TO RUN CONCURRENTLY WITH EACH OTHER;**
      **COUNTS 2 AND 13: 60 MONTHS TO RUN CONCURRENTLY WITH EACH OTHER AND THE SENTENCES PREVIOUSLY IMPOSED.**

X     DEFENDANT SHALL SURRENDER TO THE INSTITUTION DESIGNATED BY THE BUREAU OF PRISONS ON 11/6/06 BEFORE 2:00PM.

X     UPON RELEASE FROM IMPRISONMENT, THE DEFENDANT SHALL BE ON SUPERVISED RELEASE FOR A TOTAL TERM OF THREE(3) YEARS.

X     SPECIAL ASSESSMENT: $900.00    ( $100.00 ON EACH COUNT.)

X     DEFENDANT ADVISES OF HIS RIGHT TO APPEAL.

X     DEFENSE COUNSEL MOTIONS COURT TO PERMIT DEFENDANT TO REMAIN AT LIBERTY PENDING APPEAL.
      **COURT: MOTION DENIED.**